IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00093-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

USMARO ROSALES-NIETO,
   a/k/a Jose Rosales,
   a/k/a Dionicio Gonsalez-Dela Cruz,
   a/k/a Usmaro Rosalez-Nieto,

    Defendant.

## ORDER SETTING TRIAL DATES AND DEADLINES

This matter is before the Court following a telephone conference between both counsel and Chambers staff. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **March 20, 2009** and responses to these motions shall be filed by **March 30, 2009**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **April 20, 2009 at 11:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **May 4, 2009 at 9:00 a.m.**, in Courtroom A602.

DATED: March   5  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge