**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00093-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

USMARO ROSALES-NIETO,
   a/k/a Jose Rosales,
   a/k/a Dionicio Gonsalez-Dela Cruz,
   a/k/a Usmaro Rosalez-Nieto,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 11) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for April 20, 2009 and the three-day jury trial set to commence on May 4, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than March 13, 2009 to set this matter for a Change of Plea Hearing.

    DATED: March __10__, 2009

                                         BY THE COURT:

                                         _____
                                         CHRISTINE M. ARGUELLO
                                         United States District Judge